# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE MYLES, et al.** | : | |
| | : | Civil Action No. 23-cv-02175 |
| v. | : | |
| | : | |
| **GREG PARKER, et al.,** | : | |

| | | |
|---|---|---|
| **GARY WATKINS, et al.,** | : | |
| | : | Civil Action No. 2:23-cv-02811-JHS |
| v. | : | |
| | : | |
| **GREG PARKER, et al.,** | : | |

| | | |
|---|---|---|
| **JULIAN COLON, et al.** | : | |
| | : | Civil Action No. 23-cv-03749 |
| v. | : | |
| | : | |
| **GREG PARKER, et al.** | : | |
| | : | |

| | | |
|---|---|---|
| **DUANE COVINGTON, et al.** | : | |
| | : | Civil Action No. 2:23-cv-03752-TJS |
| v. | : | |
| | : | |
| **GREG PARKER, et al.** | : | |

| | | |
|---|---|---|
| **AZEEM SMITHSON, et al.** | : | |
| | : | Civil Action No. 2:23-cv-02535-GEKP |
| v. | : | |
| | : | |
| **GREG PARKER, et al.,** | : | |

| | | |
|---|---|---|
| **RAYMOND SCHAFFER, et al.** | : | |
| | : | Civil Action No. 2:21-cv-2171 |
| v. | : | |
| | : | |
| **GREG PARKER, et al.** | : | |

| | |
|---|---|
| **DAMON L. PATTERSON, et al.** : | |
| : | Civil Action No. 2:22-cv-00463-JMY |
| v. : | |
| : | |
| **GREG PARKER, et al.** : | |

| | |
|---|---|
| **LAWRENCE WESLEY, et al.** : | |
| : | Civil Action No. 2:22-cv-04699 |
| v. : | |
| : | |
| **GREG PARKER, et al.** : | |

| | |
|---|---|
| **RICHARD JENKINS, JR., et al.** : | |
| : | Civil Action No. 2:22-cv-04697 |
| v. : | |
| : | |
| **GREG PARKER, et al.** : | |

# ORDER

**AND NOW**, this _____ day of _____ 2023, upon consideration of Plaintiffs' Motion to Coordinate, and any response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion is **GRANTED**.

It is further **ORDERED** and **DECREED** that each of the above matters are ASSIGNED to Judge _____ for coordination.

                                                 **BY THE COURT:**

                                                 _____

                                                                         **J.**

**WEISBERG LAW**
Matthew B. Weisberg
Attorney Id. No.: 85570
L. Anthony DiJiacomo, III
Attorney Id. No.: 321356
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
mweisberg@weisberglawoffices.com
adijiacomo@weisberglawoffices.com

**SCHAFKOPF LAW, LLC**
Gary Schafkopf
Attorney Id. No.: 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
gary@schaflaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESLIE MYLES, et al.** : | |
| : | Civil Action No. 23-cv-02175 |
| v. : | |
| : | |
| **GREG PARKER, et al.,** : | |
| | |
| **GARY WATKINS, et al.,** : | |
| : | Civil Action No. 2:23-cv-02811-JHS |
| v. : | |
| : | |
| **GREG PARKER, et al.,** : | |
| | |
| **JULIAN COLON, et al.** : | |
| : | Civil Action No. 23-cv-03749 |
| v. : | |
| : | |
| **GREG PARKER, et al.** : | |
| : | |
| | |
| **DUANE COVINGTON, et al.** : | |
| : | Civil Action No. 2:23-cv-03752-TJS |
| v. : | |
| : | |
| **GREG PARKER, et al.** : | |
| | |
| **AZEEM SMITHSON, et al.** : | |
| : | Civil Action No. 2:23-cv-02535-GEKP |

|  |  |
|---|---|
| v. | : |
|  | : |
| **GREG PARKER, et al.,** | : |

|  |  |
|---|---|
| **RAYMOND SCHAFFER, et al.** | : |
|  | : Civil Action No. 2:21-cv-2171 |
| v. | : |
|  | : |
| **GREG PARKER, et al.** | : |

|  |  |
|---|---|
| **DAMON L. PATTERSON, et al.** | : |
|  | : Civil Action No. 2:22-cv-00463-JMY |
| v. | : |
|  | : |
| **GREG PARKER, et al.** | : |

|  |  |
|---|---|
| **LAWRENCE WESLEY, et al.** | : |
|  | : Civil Action No. 2:22-cv-04699 |
| v. | : |
|  | : |
| **GREG PARKER, et al.** | : |

|  |  |
|---|---|
| **RICHARD JENKINS, JR., et al.** | : |
|  | : Civil Action No. 2:22-cv-04697 |
| v. | : |
|  | : |
| **GREG PARKER, et al.** | : |

## PLAINTIFFS' MOTION TO COORDINATE

Plaintiffs, by and through their undersigned counsel, hereby bring this Motion to Coordinate, as follows:

1. Each of the above-captioned cases concerns claims against Defendant, Greg Parker, as well as certain entities controlled by Mr. Parker, and other individuals associated with Mr. Parker, arising from purported real estate investment schemes.

2.	In each of the above-captioned cases, the Plaintiffs brought RICO claims, as well as various state law claims.

3.	Each of the above-captioned cases are related cases and raise common questions of law and fact in that each of the above-cases arise from the same alleged pattern of racketeering (underlying the RICO claims).

4.	However, the above-captioned cases are currently before the following Honorable Judges: J. Balyson (No. 23-02175, 22-04697), J. Slomsky (No. 23-02811), J. Kearney (No. 23-03749), J. Savage (No. 23-03752, No. 21-2171), J. Pratter (No. 23-02535), and J. Younge (No. 22-00463, 22-04699).

5.	For the sake of judicial and parties resources, conference and scheduling purposes, Plaintiffs respectfully request that these matters be coordinated before one Honorable Judge.

**WHEREFORE**, Plaintiffs, by and through their undersigned counsel, hereby respectfully requests this Honorable Court grant Plaintiffs' Motion and enter Plaintiffs' proposed Order.

Respectfully Submitted,

**WEISBERG LAW**

 /s/ L. Anthony DiJiacomo, III
Matthew B. Weisberg
L. Anthony DiJiacomo, III
*Attorneys for Plaintiffs*

**WEISBERG LAW**  
Matthew B. Weisberg  
Attorney Id. No.: 85570  
L. Anthony DiJiacomo, III  
Attorney Id. No.: 321356  
7 South Morton Ave.  
Morton, PA 19070  
610-690-0801  
Fax: 610-690-0880  
mweisberg@weisberglawoffices.com  
adijiacomo@weisberglawoffices.com  

**SCHAFKOPF LAW, LLC**  
Gary Schafkopf  
Attorney Id. No.: 83362  
11 Bala Ave  
Bala Cynwyd, PA 19004  
610-664-5200 Ext 104  
Fax: 888-283-1334  
gary@schaflaw.com  

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LESLIE MYLES, et al.** : | |
| : | Civil Action No. 23-cv-02175 |
| v. : | |
| : | |
| **GREG PARKER, et al.,** : | |

| | |
|---|---|
| **GARY WATKINS, et al.,** : | |
| : | Civil Action No. 2:23-cv-02811-JHS |
| v. : | |
| : | |
| **GREG PARKER, et al.,** : | |

| | |
|---|---|
| **JULIAN COLON, et al.** : | |
| : | Civil Action No. 23-cv-03749 |
| v. : | |
| : | |
| **GREG PARKER, et al.** : | |
| : | |

| | |
|---|---|
| **DUANE COVINGTON, et al.** : | |
| : | Civil Action No. 2:23-cv-03752-TJS |
| v. : | |
| : | |
| **GREG PARKER, et al.** : | |

| | |
|---|---|
| **AZEEM SMITHSON, et al.** : | |
| : | Civil Action No. 2:23-cv-02535-GEKP |

|  |  |  |
|---|---|---|
| v. | : | |
| **GREG PARKER, et al.,** | : | |

|  |  |  |
|---|---|---|
| **RAYMOND SCHAFFER, et al.** | : | Civil Action No. 2:21-cv-2171 |
| v. | : | |
| **GREG PARKER, et al.** | : | |

|  |  |  |
|---|---|---|
| **DAMON L. PATTERSON, et al.** | : | Civil Action No. 2:22-cv-00463-JMY |
| v. | : | |
| **GREG PARKER, et al.** | : | |

|  |  |  |
|---|---|---|
| **LAWRENCE WESLEY, et al.** | : | Civil Action No. 2:22-cv-04699 |
| v. | : | |
| **GREG PARKER, et al.** | : | |

|  |  |  |
|---|---|---|
| **RICHARD JENKINS, JR., et al.** | : | Civil Action No. 2:22-cv-04697 |
| v. | : | |
| **GREG PARKER, et al.** | : | |

## CERTIFICATE OF SERVICE

I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 24th day of October 2023, a true and correct copy of the foregoing Motion was served via regular mail on all unrepresented parties at their last known addresses as well as on the following counsel:

Natalie Klyashtorny, Esq.
NOCHUMSON P.C.
123 S. Broad St., Ste 1600
Philadelphia, PA 19109

                                **WEISBERG LAW**

                                <u>*/s/ L. Anthony DiJiacomo, III*</u>
                                Matthew B. Weisberg
                                L. Anthony DiJiacomo, III
                                *Attorneys for Plaintiffs*