IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD JENKINS, JR. et al.,** *Plaintiffs*, v. **GREG PARKER et al.,** *Defendants*. | CIVIL ACTION NO. 22-4697 |

## ORDER DISMISSING CASE

**AND NOW**, this 8th day of January, 2025, upon careful consideration of Plaintiffs' Fifth Motion to Enforce Settlement Agreement (ECF 39), Plaintiffs' supplemental legal memorandum addressing the Court's subject matter jurisdiction (ECF 44),[1] and the Supreme Court's decision in Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375 (1994), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Plaintiffs' Motion (ECF 39) is **DENIED without prejudice**. Plaintiffs may bring an action in state court to enforce their settlement agreement. This case (civil action number 22-cv-4697) shall remain **CLOSED**.

It is further **ORDERED** that the Court's November 8, 2024 Order retaining jurisdiction over this matter through March 3, 2025 (ECF 40) is hereby **VACATED**.

BY THIS COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-4697 Jenkins et al v. Parker et al\22cv4697 Order re Dismissing Case.docx

---

[1] The Court ordered that *pro se* Defendants Greg Parker, Danielle Morris Parker, and Cicily Hawes respond to Plaintiffs' supplemental memorandum within fourteen days. The *pro se* Defendants did not do so.